UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SHERRY SCOTT, ET AL

VERSUS

OFFICE DEPOT, INC.

CIVIL ACTION

NO. 14-791-JJB-RLB

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Richard L. Bourgeois, Jr. dated April 17, 2015 (doc. no. 12) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's Motion to Remand (doc. no. 10) is DENIED.

Baton Rouge, Louisiana, this  7th  day of May, 2015.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE